UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LISA CHUPURDY, an individual

    Plaintiff,

v.                                        Case No:  2:20-cv-40-JLB-MRM

FCC GOLF CLUB, LLC, a Florida limited
liability company,

    Defendant.
_____

## **ORDER**

The parties in this case move for Court approval of their Fair Labor Standards Act ("FLSA") Settlement Agreement (Doc. 30-1) and ask that the Court dismiss this case with prejudice (Doc. 30 at 3). After careful review of the parties' filings, the record, and the applicable legal standards, the Court finds that the Settlement Agreement is a "fair and reasonable resolution of a bona fide dispute." Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1354–55 (11th Cir. 1982).[1]

---

[1] Even though the parties' specifically request that the Court dismiss "this case with prejudice" (Doc. 30 at 3), the Settlement Agreement itself confusingly notes that the parties "will file a Stipulation for Dismissal of the Lawsuit with prejudice" after the Court approves the Settlement Agreement and funds are disbursed (Doc. 30-1 ¶¶ 3–4). To the extent the parties mean to ask the Court to retain jurisdiction over the settlement's enforcement, the Court declines. See Madison v. United Site Servs. of Fla., No. 6:16–cv–1991–Orl–41DCI, 2018 WL 2211419, at *3 (M.D. Fla. Apr. 18, 2018) (collecting cases); see also Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 382 (1994) ("[E]nforcement of [a] settlement agreement is for state courts, unless there is some independent basis for federal jurisdiction.").

Accordingly, it is **ORDERED**:

1. The Joint Motion to Approve and Dismiss with Prejudice (Doc. 30) is **GRANTED**.

2. This case is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to terminate any pending deadlines and close the file.

**ORDERED** at Fort Myers, Florida, on April 30, 2021.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE